IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

QUBIA PORTER IV,

                Plaintiff,

v.                                                OPINION and ORDER

CAPT. JUDD, CO BORTZ, CO KERSTNER,
CO MAYFIELD, CO MOORE, CO TIFFANY,         20-cv-789-jdp
CO STEINGRAEBER, and CO FABRY,

                Defendants.

---

In August 2020, plaintiff Qubia Porter IV filed this lawsuit about officers at Columbia Correctional Institution (CCI) using excessive force against him. When Porter filed the lawsuit, he was incarcerated at CCI, but he notified the court that he would soon be released to the Sauk County Jail. The Department of Corrections' inmate locator website shows that Porter was released on extended supervision on September 1, 2020.[1] In late September, the court issued an order stating that Porter could proceed with this case without making any prepayment of the $350 filing fee. Dkt. 9. That order was sent to the Sauk County Jail and returned as undeliverable, with no forwarding address for Porter. The clerk of court has twice attempted to contact Porter's probation agent to obtain Porter's current address without the agent responding.

It is Porter's obligation to notify the court of his address so that the court and defendants can contact him. Because Porter has failed to update his address and the clerk of

---

[1] https://appsdoc.wi.gov/lop.

court has not been able to obtain his address, I will dismiss the case for Porter's failure to prosecute it.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED without prejudice for plaintiff Qubia Porter's failure to prosecute it.

2. The clerk of court is directed to enter judgment for defendants and close the case.

Entered October 15, 2020.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge