IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUBIA PORTER,

    Plaintiff,

  v.

                                                                 Case No.  20-cv-789-jdp

CAPT. JUDD, CO BORTZ,
CO KERSTNER, CO MAYFIELD,
CO MOORE, CO TIFFANY,
CO STEINGRAEBER, AND CO FABRY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/15/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |